December 22, 2006

Mr. Bryan W. Scott
5018 Opal Falls Lane
Katy, TX 77494
Mr. Gregory R. Ave
Walters, Balido & Crain, L.L.P.
900 Jackson Street, Suite 600
Dallas, TX 75202

RE: Case Number: 04-0537
 Court of Appeals Number: 07-03-00170-CV
 Trial Court Number: 31,677

Style: LILITH BRAINARD, ET AL.
 v.
 TRINITY UNIVERSAL INSURANCE CO.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice O'Neill and Justice
Johnson not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Peggy Culp |
| |Ms. Gaye |
| |Honderich |